1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIBBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-00701-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER CONTINUING STATUS HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| BRENDA JO KIBBEE, | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Brenda Jo Kibbee, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through United States Department of Justice Trial Attorney Matthew J Kluge, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, May 2, 2013, at 9:00 a.m., shall be continued to Thursday, June 6, 2013, at 9:00 a.m.

The reason for the requested continuance is defense counsel requires additional time to effectively prepare and review the voluminous discovery provided in this matter.  Accordingly, the parities therefore respectfully requests a continuance of the status hearing previously set in this matter to June 6, 2013.

Stipulation and [] Order Continuing
Hearing                                                          1

Accordingly, the parties agree that the time between May 2, 2013, and June 6, 2013, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

Dated: May 1, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: May 1, 2013

_____/s/_____
MATTHEW J. KLUGE
Trial Attorney, Tax Division
United States Department of Justice

//

**[] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, May 2, 2013, shall be continued to Thursday, June 6, 2013, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between May 2, 2013, and June 6, 2013, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between May 2, 2013, and June 6, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between May 2, 2013, and June 6, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: Í ÐÐH

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge