1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant KIBBEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00701-DLJ |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | HEARING DATE TO DECEMBER 5, 2013 |
| | ) | AND EXCLUDING TIME UNDER THE |
| BRENDA JO KIBBEE, | ) | SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Defendant Brenda Jo Kibbee, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through United States Department of Justice Trial Attorney Matthew J Kluge, hereby stipulate that, with the Court's approval, the status hearing currently set for Thursday, November 21, 2013, at 9:00 a.m., shall be continued to Thursday, December 5, 2013, at 9:00 a.m.

The reason for the requested continuance is to permit defense counsel additional time to effectively prepare and meet with Ms. Kibbee to discuss this matter further. The parties therefore respectfully requests a continuance of the status hearing previously set in this matter to December 5, 2013.

Stipulation and [] Order Continuing
Hearing                                                1

1     The parties further agree that the time between November 21, 2013, and December 5,
2013, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for
effective preparation by defense counsel.

Dated: November 20, 2013
                                       _____/s/_____
                                         VARELL L. FULLER
                                         Assistant Federal Public Defender

Dated: November 20, 2013
                                         _____/s/_____
                                         MATTHEW J. KLUGE
                                         Trial Attorney, Tax Division
                                         United States Department of Justice

//

## [] ORDER

    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for Thursday, November 21, 2013, shall be continued to Thursday, December 5, 2013, at 9:00 a.m.

    THE COURT FINDS that failing to exclude the time between November 21, 2013, and December 5, 2013, would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

    THE COURT FINDS that the ends of justice served by excluding the time between November 21, 2013, and December 5, 2013, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

    THEREFORE, IT IS HEREBY ORDERED that the time between November 21, 2013, and December 5, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: FF‌‌‌‍‌‍‌‍‌‌‌‌‌‍                                                                    _____
                                                             THE HONORABLE D. LOWELL JENSEN
                                                                United States District Judge